THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE HARRIS, Appellant.

(Argued June 7, 1932; decided July 19, 1932.)

*James D. C. Murray, Caesar B. F. Barra, Sidney S. Meyers, Paul L. Corwin* and *Jacob J. Sachs* for appellant.

*Thomas C. T. Crain,* District Attorney (*Robert C. Taylor,* of counsel), for respondent

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.